ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

EMMA L. HAMILTON (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
(202) 305-5689
emma.hamilton@usdoj.gov

BART M. DAVIS
United States Attorney
District of Idaho

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| NEZ PERCE TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FOREST SERVICE, *et al.*,<br><br>Federal Defendants,<br><br>and<br><br>PERPETUA RESOURCES IDAHO, INC.,<br><br>Defendant-Intervenor. | Case No. 3:25-cv-00498-AKB<br><br>**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT [ECF NO. 1]** |

Federal Defendants (U.S. Forest Service; U.S. Department of Agriculture; and Brooke Rollins, in her official capacity as U.S. Secretary of Agriculture) respond to Plaintiff's August 29, 2025 "Complaint for Declaratory and Injunctive Relief," ECF No. 1, as follows:

1. Plaintiff alleges the Forest Service's January 3, 2025 decision approving the Stibnite Gold Project proposed by Perpetua Resources Idaho, Inc. (the Project) violates various statutes. ECF No. 1 ¶¶ 1, 7-10. Specifically, Plaintiff alleges Federal Defendants violated provisions of the National Environmental Policy Act (NEPA), 42 U.S.C. §§ 4321 *et seq.*; the Forest Service Organic Act (Organic Act), 16 U.S.C. §§ 475, 551; Forest Service regulations promulgated under the Organic Act, 36 C.F.R. Part 228 Subpart A; the National Forest Management Act (NFMA), 16 U.S.C. §§ 1601 *et seq.*, and its implementing regulations; and the Administrative Procedure Act (APA), 5 U.S.C. § 701 *et seq*. *See id.* ¶¶ 7-10, 65-107.
2. Plaintiff brings its claims under the APA, 5 U.S.C. §§ 701-706. *See id.* ¶¶ 10, 13. Under the APA, the Court's task is not to find facts, but to review the Administrative Record that was before the federal agency at the time it made the challenged decision to determine whether, as a matter of law, the Administrative Record supports the agency's decision or whether the agency's decision is arbitrary, capricious or otherwise contrary to law. 5 U.S.C. § 706; *Fla. Power & Light Co. v. Lorion*, 470 U.S. 729 (1985). The Ninth Circuit has repeatedly articulated and enforced the rule that the scope of judicial review of agency action is limited to the Administrative Record. *See, e.g.*, *Lands Council v. Powell*, 395 F.3d 1019 (9th Cir. 2005); *Northcoast Env't Ctr. v. Glickman*, 136 F.3d 660, 665 (9th Cir. 1998) ("[J]udicial review of an agency decision not to issue an [environmental impact statement] is generally limited to review of the administrative record at the time the decision was made." (citing

*Friends of the Earth v. Hintz*, 800 F.2d 822, 829 (9th Cir. 1986))).

3. Accordingly, judicial review of federal agency action is a unique procedure, different in both nature and scope from the procedures – such as Answers to Complaints – used to find facts and resolve civil actions within the original jurisdiction of the federal district courts. *See, e.g.*, *Olenhouse v. Commodity Credit Corp.*, 42 F.3d 1560, 1579 (10th Cir. 1994) (stating that a "complaint" (and, hence, an "answer") was not the appropriate vehicle for initiating judicial review under the APA); *see also Atieh v. Riordan*, 727 F.3d 73, 76 (1st Cir. 2013) ("Allowing the allegations of a complaint [in an APA case] to become the focal point of judicial review introduces an unnecessary and inevitably unproductive step into the process. The relevant inquiry is – and must remain – not whether the facts set forth in a complaint state a plausible claim but, rather, whether the administrative record sufficiently supports the agency's decision.").
4. In accordance with the standard for APA review, Federal Defendants deny that the Project is arbitrary or capricious, an abuse of discretion, or otherwise not in accordance with law. The Project complies with all applicable laws and regulations.
5. Federal Defendants deny all violations of federal law alleged in the Complaint's First Cause of Action (ECF No. 1 ¶¶ 65-70) claiming that the Project violates NEPA and the APA.
6. Federal Defendants deny all violations of federal law alleged in the Complaint's Second Cause of Action (*id.* ¶¶ 71-76) claiming that the Project violates NEPA and the APA.
7. Federal Defendants deny all violations of federal law alleged in the Complaint's Third Cause of Action (*id.* ¶¶ 77-82) that the Project violates the Organic Act, the Forest Service's regulations at 36 C.F.R. Part 228 Subpart A, and the APA.
8. Federal Defendants deny all violations of federal law alleged in the Complaint's Fourth

Cause of Action (*id.* ¶¶ 83-87) claiming that the Project violates the NFMA and the APA.

9. Federal Defendants deny all violations of federal law alleged in the Complaint's Fifth Cause of Action (*id.* ¶¶ 88-107) claiming that the Project violates the NFMA, the APA, and the Forest Service's planning regulations.

10. Federal Defendants deny that Plaintiff is entitled to any of the relief it seeks.

11. Federal Defendants generally deny any allegations of the Complaint, whether express or implied, that are not specifically admitted, denied, or qualified herein.

12. Federal Defendants further assert the affirmative defenses of statute of limitations, waiver, and exhaustion of administrative remedies.

13. Accordingly, this matter should proceed with production of the Administrative Record and briefing on the merits of Plaintiff's challenges to the Project.

Respectfully submitted this 23rd day of December, 2025.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

*/s/ Emma L. Hamilton*
EMMA L. HAMILTON (CA Bar No. 325360)
Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
(202) 305-5689
emma.hamilton@usdoj.gov

BART M. DAVIS
United States Attorney
District of Idaho

*Attorneys for Federal Defendants*